**Benjamin WAGNER, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102528**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: March 1, 2016

Matthew Huckeby, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Mary H. Moore, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.

### ORDER

PER CURIAM

Benjamin Wagner appeals the motion court's denial of his Rule 24.035 motion for postconviction relief. The motion court's findings of fact and conclusions of law are not clearly erroneous. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for this order. We affirm. Rule 84.16(b)(2) & (5).